### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Andrew R. Perrong<br>1657 The Fairway #131<br>Jenkintown, PA 19046<br><br>      Plaintiff<br><br>vs.<br><br>Viasat, Inc.<br><br>      Defendant. | Case No. 2:21-cv-05393<br><br>JURY TRIAL DEMANDED |

## **ORDER:**

The Court has considered Plaintiffs Motion for Permission to use ECF/EFiling. Finding that good cause exists, the Motion is GRANTED. Plaintiff shall have the above-captioned case added to his ECF account. The Clerk of Court is directed to add the case to Plaintiff's ECF account and provide Plaintiff access to ECF for the above-captioned case.

Dated:    January 11, 2022

*Eduardo C. Robreno*
Hon. Eduardo C. Robreno, **J.**