IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Andrew R. Perrong<br>1657 The Fairway #131<br>Jenkintown, PA 19046<br><br>       Plaintiff<br><br>vs.<br><br>Viasat, Inc.<br><br>       Defendant. | ***APPROVED BY THE COURT:<br><br>*/s/ Eduardo C. Robreno*<br>EDUARDO C. ROBRENO, J.<br>**January 13, 2022**<br><br>Case No. 2:21-cv-05393<br><br>JURY TRIAL DEMANDED |

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

It is hereby stipulated and agreed by the undersigned Plaintiff *pro se* Andrew Perrong and Defendant Viasat, Inc. that Defendant Viasat, Inc. shall have a 30-day extension of time, to and including February 4, 2022, to answer, move or otherwise respond to Plaintiff's Complaint in the above-captioned matter. No prior extension has been sought.

| | |
|---|---|
| /s/Andrew R. Perrong<br>Andrew R. Perrong<br>Plaintiff *Pro Se*<br>1657 The Fairway #131<br>Jenkintown, PA 19046<br>Phone: 215-791-6957<br>Facsimile: 888-329-0305<br>Email: andyperrong@gmail.com<br>Dated: January 6, 2022 | /s/Colin Ward<br>Colin Ward<br>*Vice President, Chief Litigation Counsel*<br>Viasat, Inc.<br>6155 El Camino Real<br>Carlsbad, CA 92009<br>Phone: 760-893-1840<br>Email: Colin.Ward@viasat.com<br>Dated: January 6, 2022 |