IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG,<br><br>    Plaintiff,<br><br>v.<br><br>VIASAT, INC.,<br><br>    Defendant. | CIVIL ACTION NO.: 2:21-cv-05393-ER |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Viasat, Inc., states that it has no parent company. Viasat, Inc., is a publicly traded corporation of which no one entity owns 10% or more of its stock. Viasat, Inc., is publicly traded on NASDAQ as VSAT.

Dated: February 4, 2022

/s/ Meaghan V. Geatens
Meaghan V. Geatens (PA ID 329069)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
T: 1 + (215) 988-2700
F: 1 + (215) 988-2757
Meaghan.Geatens@faegredrinker.com

and

Erin. L. McCann (MN ID 0387835) (*pro hac vice motion forthcoming*)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South 7th Street
T: 1 + (612) 766-7000
F: 1 + (612) 766-1600
Erin.McCann@faegredrinker.com

*Attorneys for Defendant Viasat, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 4, 2022, a true and correct copy of the foregoing was filed and served on all counsel of record and Plaintiff via the Court's electronic filing system (*see* ECF No. 4).

      */s/ Meaghan V. Geatens*
      Meaghan V. Geatens