| | |
|---|---|
| **From:** | Andy P. <andyperrong@gmail.com> |
| **Sent:** | Saturday, June 4, 2022 5:38 AM |
| **To:** | PAED Documents |
| **Subject:** | Amended Complaint - Perrong v. Viasat, 2:21-cv-05393 |
| **Attachments:** | Perrong v Viasat Amended Complaint.pdf |

**CAUTION - EXTERNAL:**

Hello,

Please see the attached amended complaint for filing in this case.

Thank you kindly,
Andrew Perrong



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.