IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG,<br><br>                Plaintiff,<br><br>    v.<br><br>VIASAT, INC., Defendant/Crossclaimant, and THE REI NETWORK LLC D/B/A THE MOST RELIABLE,<br>Defendant/Crossclaim Defendant. | CIVIL ACTION NO.: 2:21-cv-05393-ER |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Andrew Perrong, Defendant/Crossclaimant Viasat, Inc., and Defendant/Crossclaim Defendant The REI Network LLC d/b/a The Most Reliable have reached an agreement in principle to resolve this matter. The parties anticipate filing a Stipulation for Dismissal of the action with prejudice as to the Plaintiff's individual claims and Viasat, Inc.'s crossclaims within 30 days.

Dated: June 28, 2022

                                                        */s/Andrew R. Perrong*
                                                        Andrew R. Perrong
                                                        Plaintiff Pro-Se
                                                        1657 The Fairway #131
                                                        Jenkintown, PA 19046
                                                        Phone: 215-791-6957
                                                        Facsimile: 888-329-0305
                                                        andyperrong@gmail.com

                                                        */s/ Meaghan V. Geatens*
                                                        Meaghan V. Geatens (PA ID 329069)
                                                        FAEGRE DRINKER BIDDLE & REATH LLP
                                                        One Logan Square, Suite 2000
                                                        Philadelphia, PA 19103
                                                        T: 1 + (215) 988-2700
                                                        F: 1 + (215) 988-2757
                                                        Meaghan.Geatens@faegredrinker.com
                                                        *Attorney for Defendant Viasat, Inc.*

*/s/ Michael P. Forbes*
Michael P. Forbes
Law Offices of Michael P. Forbes
200 Eagle Road, Suite 50
Wayne, PA 19087
Atty#: 55767
(610) 293-9399
(610) 293-9388
michael@mforbeslaw.com
*Attorneys for Defendant The REI Network LLC d/b/a The Most Reliable*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on June 28, 2022, I filed a copy of the foregoing via the Court's CM/ECF system, which will electronically notify all counsel of record and the Plaintiff (*see* ECF No. 4).

    /s/ *Meaghan V. Geatens*
Meaghan V. Geatens (PA ID 329069)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
T: 1 + (215) 988-2700
F: 1 + (215) 988-2757
Meaghan.Geatens@faegredrinker.com

*Attorney for Defendant Viasat, Inc.*